UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAJUANDA MARTIN,

    Plaintiff,

v.

ANDREW SAUL,

    Defendant.

Case No. 2:21-cv-00463-NJK

**ORDER**

[Docket No. 17]

Pending before the Court is Plaintiff's motion to extend deadlines, which the Court construes as a motion to extend the deadline for filing an amended complaint.[1] Docket No. 17. The Court **GRANTS** the motion. No later than July 6, 2021, Plaintiff must file an Amended Complaint, if the noted deficiencies can be corrected. If Plaintiff chooses to amend the complaint, Plaintiff is informed that the Court cannot refer to a prior pleading (i.e., the original Complaint) in order to make the Amended Complaint complete. This is because, as a general rule, an Amended Complaint supersedes the original Complaint. Local Rule 15-1(a) requires that an Amended Complaint be complete in itself without reference to any prior pleading. Once a plaintiff files an Amended Complaint, the original Complaint no longer serves any function in the case. Therefore, in an Amended Complaint, as in an original Complaint, each claim and the involvement of each Defendant must be sufficiently alleged.

IT IS SO ORDERED.

DATED: May 19, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes Plaintiff's filings, as she is proceeding *pro se*. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007).