# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAJUANDA MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 2:21-cv-00463-JAD-NJK<br><br>**REPORT AND RECOMMENDATION** |

On April 12, 2021, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend. Docket No. 7. The Court permitted Plaintiff to file an amended complaint no later than May 12, 2021, and cautioned Plaintiff that failure to comply with the Court's order would result in dismissal of this case. *Id.* at 3. On May 17, 2021, Plaintiff filed a motion to extend the deadline for filing an amended complaint. Docket No. 17. The Court granted the motion and ordered Plaintiff to file an amended complaint no later than July 6, 2021. Docket No. 20. To date, Plaintiff has neither filed an amended complaint nor requested an extension to do so. *See* Docket.

Accordingly, **IT IS RECOMMENDED** that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 16, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and

recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).