1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6

7    SHAJUANDA MARTIN,                          Case No. 2:21-cv-00463-JAD-NJK

         Plaintiff,
8                                                         **Order**
     v.
9                                                    [Docket Nos. 26, 28]

10   ANDREW SAUL,

11       Defendant.

12         Pending before the Court are Plaintiff's motion to extend time to obtain an attorney and

13   her motion for the Court to issue a summons in a civil action.  Docket Nos. 26, 28.  A Report and

14   Recommendation, which recommends dismissal of the instant action without prejudice, is

15   currently pending.  Accordingly, the Court **DENIES** Plaintiff's motions, Docket Nos. 26, 28,

16   without prejudice pending the resolution of the Report and Recommendation.  Should the Report

17   and Recommendation be denied, Plaintiff may refile these motions.

18         IT IS SO ORDERED.

19         Dated: October 18, 2021

20         _____

21         Nancy J. Koppe
           United States Magistrate Judge

22

23

24

25

26

27

28

                                                  1